**E-filed 4/16/08**

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927

8  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LIJU WENG, | ) | |
|---|---|---|
| | ) | No. C 08-0931 JF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[~~PROPOSED~~] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director of | ) | |
| Federal Bureau of Investigations, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

///

///

///

///

Stipulation to Dismiss
C08-0931 JF                                           1

1   Each of the parties shall bear their own costs and fees.

2   Dated: April 11, 2008						Respectfully submitted,

3										JOSEPH P. RUSSONIELLO
										United States Attorney

5										_____/s/_____
										EDWARD OLSEN[1]
6										Assistant United States Attorney
										Attorneys for Defendants

9										_____/s/_____
    Date: April 10, 2008						JUSTIN X. WANG
10										Attorney for Plaintiff

12							**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

14  Date:    4/15/08						_____
										JEREMY FOGEL
15										United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C08-0931 JF						2